# In the United States Court of Federal Claims

No. 19-1086C
(Filed: October 8, 2019)

```
*************************************
MAURICE MWENDA MAORE,           *
                                *
                Plaintiff,      *
                                *
        v.                      *
                                *
THE UNITED STATES,              *
                                *
                Defendant.      *
*************************************
```

## ORDER

      Plaintiff in the above-captioned case, proceeding pro se, filed a complaint on July 26, 2019. In a notice issued on July 26, 2019, the clerk of court advised plaintiff that the clerk had not received the required filing fee or a completed application to proceed in forma pauperis ("IFP application"). The court subsequently issued an order to plaintiff on July 31, 2019, directing him either to pay the court's filing fee or to submit the IFP application. On August 6, 2019, plaintiff filed a "Notice of Default" and several enclosures, which were returned to him unfiled pending his compliance with the court's July 31, 2019 order. On August 29, 2019, plaintiff filed an IFP application that lacked information regarding his income and financial status. On September 3, 2019, the court issued an order to plaintiff directing him either to pay the court's filing fee or to file a properly completed IFP application by October 2, 2019. Additionally, the court cautioned plaintiff that if he failed to file either the IFP application or pay the court's filing fee, it would dismiss his complaint pursuant to Rule 41(b) of the Rules of the United States Court of Federal Claims ("RCFC"). As of the date of this order, plaintiff has not complied with the court's orders.

      Therefore, pursuant to RCFC 41(b), plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the court's orders. No costs. The clerk is directed to enter judgment accordingly.

**IT IS SO ORDERED.**

MARGARET M. SWEENEY
Chief Judge